UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:23-cr-00047 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| DEVON R DARBONNE | : | MAGISTRATE JUDGE LEBLANC |

JUDGMENT  ON FELONY
GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Before the court is a Report and Recommendation [doc. 44] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the rough transcript and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One Count One of the Bill of Information.

Sentencing is set for April 11, 2024, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana, Courtroom 4.  Defendant is to remain released pending sentencing pursuant to bond.

**THUS DONE AND SIGNED** in Chambers on the 17th day of January, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE